**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00383-EJY-1 |
| Plaintiff, | **ORDER** |
| v. | |
| JAMAL CUNNINGHAM, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the bench trial currently scheduled for Wednesday, October 25, 2023 at 9:30 a.m., be vacated and continued to May 15, 2024 at the hour of 9:30 a.m. in Courtroom 3D.

DATED this 23rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3